# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| JOSEPH L. GARCES | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | 2:21-cv-06730-FLA-PVC |
| v. | |
| CITY OF SANTA PAULA, et al. | **RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |
| DEFENDANT(S). | |

In accordance with the Notice to Filer Of Deficiencies In Electronically Filed Documents

**REGARDING:**

| 9/30/2021 | 15 | Service of Summons and Complaint Returned Executed (21 days). |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**IT IS HEREBY ORDERED:**

☐ The document is accepted as filed
☑ The document is stricken and counsel is ordered to file an amended or corrected document by  October 1, 2021  .
☐ The hearing date has been rescheduled to _____ at _____
☐ Other

Clerk, U.S. District Court

Dated: October 1, 2021          By: T. Freeman
                                    Deputy Clerk

cc: Assigned District Judge and/or Magistrate Judge