James N. Procter II – State Bar No. 96589
Lisa N. Shyer – State Bar No. 195238
PROCTER, SHYER & WINTER
751 East Daily Drive, Suite 410
Camarillo, California 93010
Phone: (805) 278-0920 /Facsimile: (805) 278-0289
Email:  jim@proctershyer.com / lisa@proctershyer.com

Attorneys for Attorneys for Defendants,
 CITY OF SANTA PAULA and OFFICER CHRIS RIVERA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA WESTERN DIVISION

| | |
|---|---|
| JOSEPH L. GARCES,<br><br> Plaintiff,<br><br>vs.<br><br>CITY OF SANTA PAULA, a municipal entity, OFFICER CHRIS RIVERA, an individual and DOES 1 through 10, inclusive,<br><br> Defendants. | CASE NO. 2:21-cv-6730-FLA(PVCx)<br><br>**DECLARATION OF HECTOR RAMIREZ IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**<br><br>*[Concurrently filed with Statement of Uncontroverted Facts in Support of Motion for Summary Judgment]*<br><br>Date: January 20, 2023<br>Time: 1:30 p.m.<br>Dept.: |

I, Hector Ramirez, hereby declare and state:

 1. I am an adult over the age of 18 years and the facts recited herein are within my personal knowledge. If called to testify to the facts set forth herein I could and would do so competently.

 2. I have been a full-time sworn police officer with the Santa Paula Police Department since 2001. On the date of the subject incident, October 9, 2020, I was on-duty and assigned to the Detective Unit.

3. At approximately 4:50 p.m., I heard a dispatch over the radio that a shooting had occurred at 214 N. 8th Street, and I responded to this address. When I arrived, I turned on my body worn camera.

4. A true and correct copy of the video downloaded from my body worn camera is attached hereto as Exhibit "4" (AXON BODY 2 X8123552) and accurately depicts the events that occurred in my presence on the day of the incident.

5. I personally interviewed Joseph Garces in connection with our investigation. At no time did Mr. Garces complain of any physical pain or injuries while he was in my presence.

6. I removed the handcuffs from Mr. Garces at approximately 5:14:30 PM and advised him he was no longer being detained.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true.

Executed this 14th of December 2022 at Santa Paula, California.



_____

Hector Ramirez

**STATE OF CALIFORNIA, COUNTY OF VENTURA**

I am employed in the County of Ventura, State of California. I am over the age of 18 and not a party to the within action. My business address is 751 East Daily Drive, Suite 410, Camarillo, California 93010.

On December 14, 2022, I served the foregoing document(s) described as: **DECLARATION OF HECTOR RAMIREZ IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

on the interested parties in this action by:

__X__ By **CM/ECF NOTICE OF ELECTRONIC FILING**: I electronically filed the documents with the clerk of the court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules. **SEE ATTACHED SERVICE LIST**

____ **(BY E-MAIL)** I served the foregoing document by transmitting a true copy thereof via e-mail as follows: **SEE ATTACHED SERVICE LIST**

__X__ **(Federal)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on December 14, 2022, at Camarillo, California.

/s/
_____
Shellye Cruz

## SERVICE LIST

### Garces v. City of Santa Paula
United States District Court Case No: 2:21-cv-6730-FLA(PVCx)

Edward M Lyman, III
Cochran Firm California
4929 Wilshire Boulevard Suite 1010
Los Angeles, CA 90010
323-435-8205 / Fax: 323-282-5280
Email: elyman@cochranfirm.com
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

Brian T Dunn
Cochran Firm California
4929 Wilshire Boulevard Suite 1010
Los Angeles, CA 90010
323-435-8205 / Fax: 323-282-5280
Email: bdunn@cochranfirm.com
ATTORNEY TO BE NOTICED

Gregory J Ramirez
Law Offices of Gregory Ramirez
220 South A Street Suite 1
Oxnard, CA 93030-5762
805-483-1090 \ Fax: 805-228-4669
Email: gramirez@gjramirezlaw.com
ATTORNEY TO BE NOTICED