James N. Procter II – State Bar No. 96589
Lisa N. Shyer – State Bar No. 195238
PROCTER, SHYER & WINTER
751 East Daily Drive, Suite 410
Camarillo, California 93010
Phone: (805) 278-0920 /Facsimile: (805) 278-0289
Email: jim@proctershyer.com / lisa@proctershyer.com

Attorneys for Attorneys for Defendants,
   CITY OF SANTA PAULA and OFFICER CHRIS RIVERA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA WESTERN DIVISION

| | |
|---|---|
| JOSEPH L. GARCES,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF SANTA PAULA, a municipal entity, OFFICER CHRIS RIVERA, an individual and DOES 1 through 10, inclusive,<br><br>    Defendants. | CASE NO. 2:21-cv-6730-FLA(PVCx)<br><br>**DECLARATION OF JAMES N. PROCTER II IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**<br><br>*[Concurrently filed with Separate Statement of Uncontroverted Facts and Conclusions of Law in Support of Motion for Summary Judgment]*<br><br>Date:  January 20, 2023<br>Time:  1:30 p.m.<br>Dept.:  6B |

I, James N. Procter II, hereby declare and state:

1.    I am an attorney at law duly licensed to practice in the United States District Court for the Central District of California. The facts recited herein are within my personal knowledge and if called upon to do so I could and would competently testify to the facts set forth hereinbelow.

2.    I personally took the deposition of the plaintiff, Joseph L. Garces, and the excerpts attached to the index of evidence as Exhibit 6 are true and correct copies of the certified original transcript.

1

3. Exhibit 7, attached to the index of evidence in support, is a true and correct copy of the plaintiff's complaint on file in this matter.

4. Exhibits 1, 2, 3, 4 are included in the index of evidence in support of this motion for summary judgment as hyperlinks.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 14th day of December 2022, at Camarillo California.

*/s/ James T. Procter*

James N. Procter II

## STATE OF CALIFORNIA, COUNTY OF VENTURA

I am employed in the County of Ventura, State of California. I am over the age of 18 and not a party to the within action. My business address is 751 East Daily Drive, Suite 410, Camarillo, California 93010.

On December 14, 2022, I served the foregoing document(s) described as: **DECLARATION OF JAMES N. PROCTER II IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

on the interested parties in this action by:

  X   By **CM/ECF NOTICE OF ELECTRONIC FILING**: I electronically filed the documents with the clerk of the court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules. **SEE ATTACHED SERVICE LIST**

____ **(BY E-MAIL)** I served the foregoing document by transmitting a true copy thereof via e-mail as follows: **SEE ATTACHED SERVICE LIST**

  X   **(Federal)**   I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on December 14, 2022, at Camarillo, California.

/s/
_____
Shellye Cruz

## SERVICE LIST

### Garces v. City of Santa Paula
United States District Court Case No: 2:21-cv-6730-FLA(PVCx)

Edward M Lyman, III
Cochran Firm California
4929 Wilshire Boulevard Suite 1010
Los Angeles, CA 90010
323-435-8205 / Fax: 323-282-5280
Email: elyman@cochranfirm.com
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

Brian T Dunn
Cochran Firm California
4929 Wilshire Boulevard Suite 1010
Los Angeles, CA 90010
323-435-8205 / Fax: 323-282-5280
Email: bdunn@cochranfirm.com
ATTORNEY TO BE NOTICED

Gregory J Ramirez
Law Offices of Gregory Ramirez
220 South A Street Suite 1
Oxnard, CA 93030-5762
805-483-1090 \ Fax: 805-228-4669
Email: gramirez@gjramirezlaw.com
ATTORNEY TO BE NOTICED

PROOF OF SERVICE