James N. Procter II – State Bar No. 96589
Lisa N. Shyer – State Bar No. 195238
PROCTER, SHYER & WINTER
751 East Daily Drive, Suite 410
Camarillo, California 93010
Phone: (805) 278-0920 /Facsimile: (805) 278-0289
Email:  jim@proctershyer.com / lisa@proctershyer.com

Attorneys for Attorneys for Defendants,
   CITY OF SANTA PAULA and OFFICER CHRIS
   RIVERA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA WESTERN DIVISION

| | |
|---|---|
| JOSEPH L. GARCES,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF SANTA PAULA, a municipal entity, OFFICER CHRIS RIVERA, an individual and DOES 1 through 10, inclusive,<br><br>    Defendants. | CASE NO. 2:21-cv-6730-FLA(PVCx)<br><br>**DECLARATION OF SGT. WALTER HARPER IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**<br><br>*[Concurrently filed with Statement of Uncontroverted Facts and Conclusions of Law in Support of Motion for Summary Judgment]*<br><br>Date:   January 20, 2023<br>Time:  1:30 p.m.<br>Dept.:  6B |

I, Sgt. Walter Harper, hereby declare and state:

1.    I am an adult over the age of 18 years and the facts set forth herein are within my personal knowledge. If called to testify to the facts set forth herein I could and would do so competently.

2.    I have been a full-time sworn police officer with the Santa Paula Police Department since 2008. On the date of the subject incident, October 9, 2020, I held the rank of Sergeant and was I was on-duty when the call came in that there had been a shooting at 214 N. 8th Street in Santa Paula.

1

3.   At approximately 4:50 p.m., I heard a dispatch over the radio that a shooting had occurred at 214 N. 8th Street, and I immediately responded to this address. When I arrived, Joseph Garces was performing CPR on the gunshot victim. I turned on my body worn camera at approximately 4:53:10 PM.

4.   A true and correct copy of the video downloaded from my body worn camera is attached hereto as Exhibit "1" (AXON BODY 2 X81227819) and accurately depicts the events that occurred in my presence on the day of the incident. I was one of the first members of the SPPD who arrived on scene. The beginning of the video shows other SPPD officers arriving at the scene.

5.   The time stamps on the body camera videos are expressed in "Zulu" or military time. Hour "23" equates to 4:00 p.m. Pacific Daylight Time in Santa Paula on October 9, 2020.

6.   At no time did I observe Mr. Garces complain of any physical pain or injuries on the day of the incident, nor did he appear to be in pain.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and accurate.

Executed this 13th of December 2022 at Santa Paula, California.

_/s/ Walter Harper_
Walter Harper

PROCTER, SHYER & WINTER
ATTORNEYS AT LAW
751 EAST DAILY DRIVE, SUITE 410
CAMARILLO, CALIFORNIA 93010
TELEPHONE (805) 278-0920

**STATE OF CALIFORNIA, COUNTY OF VENTURA**

I am employed in the County of Ventura, State of California. I am over the age of 18 and not a party to the within action. My business address is 751 East Daily Drive, Suite 410, Camarillo, California 93010.

On December 14, 2022, I served the foregoing document(s) described as: **DECLARATION OF SGT. WALTER HARPER IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

on the interested parties in this action by:

__X__ By **CM/ECF NOTICE OF ELECTRONIC FILING**: I electronically filed the documents with the clerk of the court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules. **SEE ATTACHED SERVICE LIST**

____ **(BY E-MAIL)** I served the foregoing document by transmitting a true copy thereof via e-mail as follows: **SEE ATTACHED SERVICE LIST**

__X__ **(Federal)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on December 14, 2022, at Camarillo, California.

/s/
_____
Shellye Cruz

8

PROOF OF SERVICE

## SERVICE LIST

### Garces v. City of Santa Paula
United States District Court Case No: 2:21-cv-6730-FLA(PVCx)

Edward M Lyman, III
Cochran Firm California
4929 Wilshire Boulevard Suite 1010
Los Angeles, CA 90010
323-435-8205 / Fax: 323-282-5280
Email: elyman@cochranfirm.com
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

Brian T Dunn
Cochran Firm California
4929 Wilshire Boulevard Suite 1010
Los Angeles, CA 90010
323-435-8205 / Fax: 323-282-5280
Email: bdunn@cochranfirm.com
ATTORNEY TO BE NOTICED

Gregory J Ramirez
Law Offices of Gregory Ramirez
220 South A Street Suite 1
Oxnard, CA 93030-5762
805-483-1090 \ Fax: 805-228-4669
Email: gramirez@gjramirezlaw.com
ATTORNEY TO BE NOTICED