James N. Procter II – State Bar No. 96589
Lisa N. Shyer – State Bar No. 195238
PROCTER, SHYER & WINTER
751 East Daily Drive, Suite 410
Camarillo, California 93010
Phone: (805) 278-0920 /Facsimile: (805) 278-0289
Email:  jim@proctershyer.com / lisa@proctershyer.com

Attorneys for Attorneys for Defendants,
    CITY OF SANTA PAULA and OFFICER CHRIS
    RIVERA

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA WESTERN DIVISION

| | |
|---|---|
| JOSEPH L. GARCES,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF SANTA PAULA, a municipal entity, OFFICER CHRIS RIVERA, an individual and DOES 1 through 10, inclusive,<br><br>    Defendants. | CASE NO. 2:21-cv-6730-FLA(PVCx)<br><br>**DECLARATION JASON ABBOUD IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**<br><br>*[Concurrently filed with Separate Statement of Undisputed Material Facts in Support of Motion for Summary Judgment; Index of Evidence]*<br><br>Date:  January 20, 2023<br>Time:  1:30 p.m.<br>Dept.:  6B |

I, Jason Abboud, hereby declare and state:

    1.    I am an adult over the age of 18 years. The facts set forth in this declaration are within my personal knowledge and if called upon to testify to these matters I could and would do so competently and truthfully.

    2.    I have been a sworn police officer with the Santa Paula Police Department since December 4, 2017.

    3.    On the date of the subject incident, October 9, 2020, I was on-duty and assigned to the Special Enforcement Unit.

4. I responded to the scene of the incident from the Santa Paula Police station with Det. Chris Rivera and Officer Evert Ponce, arriving on scene at approximately 4:55 p.m.

5. I activated my body worn camera at the scene. Attached as Exhibits "2" and "3" (AXON BODY 2 X81232163) are the videos that were downloaded from my camera after the incident and accurately depict what occurred in my presence.

6. At no time on October 9, 2020, did I observe Joseph Garces indicate in any way that he was in physical pain or that he had sustained any physical injury.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true.

Executed this 14th of December 2022 at San Diego, California.

_____

Jason Abboud

PROCTER, SHYER & WINTER
ATTORNEYS AT LAW
751 EAST DAILY DRIVE, SUITE 410
CAMARILLO, CALIFORNIA 93010
TELEPHONE (805) 278-0920

**STATE OF CALIFORNIA, COUNTY OF VENTURA**

I am employed in the County of Ventura, State of California. I am over the age of 18 and not a party to the within action. My business address is 751 East Daily Drive, Suite 410, Camarillo, California 93010.

On December 14, 2022, I served the foregoing document(s) described as: **DECLARATION JASON ABBOUD IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

on the interested parties in this action by:

__X__ By **CM/ECF NOTICE OF ELECTRONIC FILING**: I electronically filed the documents with the clerk of the court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules. **SEE ATTACHED SERVICE LIST**

____ **(BY E-MAIL)** I served the foregoing document by transmitting a true copy thereof via e-mail as follows: **SEE ATTACHED SERVICE LIST**

__X__ **(Federal)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on December 14, 2022, at Camarillo, California.

/s/

Shellye Cruz

8

PROOF OF SERVICE

**SERVICE LIST**

**Garces v. City of Santa Paula**
United States District Court Case No: 2:21-cv-6730-FLA(PVCx)

Edward M Lyman, III
Cochran Firm California
4929 Wilshire Boulevard Suite 1010
Los Angeles, CA 90010
323-435-8205 / Fax: 323-282-5280
Email: elyman@cochranfirm.com
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

Brian T Dunn
Cochran Firm California
4929 Wilshire Boulevard Suite 1010
Los Angeles, CA 90010
323-435-8205 / Fax: 323-282-5280
Email: bdunn@cochranfirm.com
ATTORNEY TO BE NOTICED

Gregory J Ramirez
Law Offices of Gregory Ramirez
220 South A Street Suite 1
Oxnard, CA 93030-5762
805-483-1090 \ Fax: 805-228-4669
Email: gramirez@gjramirezlaw.com
ATTORNEY TO BE NOTICED