James N. Procter II – State Bar No. 96589
Lisa N. Shyer – State Bar No. 195238
PROCTER, SHYER & WINTER
751 East Daily Drive, Suite 410
Camarillo, California 93010
Phone: (805) 278-0920 /Facsimile: (805) 278-0289
Email:  jim@proctershyer.com / lisa@proctershyer.com

Attorneys for Attorneys for Defendants,
   CITY OF SANTA PAULA and OFFICER CHRIS
   RIVERA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA WESTERN DIVISION

| | |
|---|---|
| JOSEPH L. GARCES,<br><br>   Plaintiff,<br><br>vs.<br><br>CITY OF SANTA PAULA, a municipal entity, OFFICER CHRIS RIVERA, an individual and DOES 1 through 10, inclusive,<br><br>   Defendants. | CASE NO. 2:21-cv-6730-FLA(PVCx)<br><br>**DECLARATION OF PHILLIP L. SANCHEZ IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**<br><br>*[Concurrently filed with Statement of Uncontroverted Facts and Conclusions of Law in Support of Motion for Summary Judgment; Declaration of Phillip L. Sanchez]*<br><br>Date: January 20, 2023<br>Time: 1:30 p.m.<br>Dept.: 6B |

    I, Phillip L. Sanchez, hereby declare and state:

    1.    I am an adult over the age of 18 years. The facts recited herein are within my personal knowledge and if called upon to testify to the matters set forth in this declaration I could and would do so competently.

    2.    I am a retired law enforcement officer and was a sworn peace officer for 38 years. I worked my way up through the ranks with the Santa Monica Police Department, from patrol Officer, to Sergeant, to Lieutenant, to Captain. From 2003 to 2010, I was the Deputy Chief of Police for the Santa Monica Police Department and was the Interim Chief from 2005 to 2006. In 2010 I became the Chief of Police for the

1

Pasadena Police Department in Pasadena, California, and continued in that position until I retired in 2018. A true and correct copy of my resume is attached to the index of evidence as Exhibit "5."

3. I have been retained by the law firm of Procter, Shyer & Winter, LLP as a police practices expert in this case on behalf of the City of Santa Paula and Senior Officer Chris Rivera.

4. In order to familiarize myself with the facts of this case, I reviewed the body worn camera videos of Sergeant Walter Harper (Exhibit 1), Officer Jason Abboud (Exhibits 2 and 3) and Detective Hector Ramirez (Exhibit 4). I also reviewed various reports regarding this incident, and the policy manual for the Santa Paula Police Department. In addition, I visited the scene of the incident and read the deposition of Joseph Garces.

5. Based upon my training, education and experience, I have arrived at the following opinions and conclusions:

(i) The crime scene involved in this incident was dynamic and rapidly evolving. When the police arrived on scene, it was not known whether the perpetrator was still in the area and the identities of the witnesses were unknown. Moreover, it was not clear whether Mr. Garces was somehow involved in the crime.

(ii) It is very important that, in the first few minutes of arriving on the scene of a critical incident such as this one, law enforcement secure the crime scene to prevent contamination of the evidence and to identify any potential witnesses who are on scene.

(iii) The conduct engaged in by Joseph Garces in initially refusing to leave the crime scene interfered with the police investigation of this shooting. He then continued to interfere with the investigation by shouting multiple profanities.

(iv) When Mr. Garces reached the 8th Street sidewalk he stopped, turned around and began walking back toward the interior of the crime scene, further disrupting and interfering with the investigation.

(v) Both Sergeant Walter Harper and Officer Evert Ponce, repeatedly ordered Mr. Garces to "back up" and "step back," to which Mr. Garces responded with an emphatic, "No!"

(vi) When Detective Rivera placed his hand on Mr. Garces's right shoulder and attempted to escort him out of the crime scene, Mr. Garces raised up his right arm above his head and told Detective Rivera to, "Get your f***ing hands off me."

(vii) Detective Rivera was completely justified in placing Mr. Garces in a control hold, given his refusal to leave the crime scene and his overall erratic, uncooperative and bizarre behavior.

(viii) Detective Rivera's application of force was reasonable and appropriate given the circumstances that he was confronted with.

(ix) The control hold applied by Detective Rivera does not appear to have caused any physical pain to Mr. Garces.

(x) Detective Rivera was completely justified in detaining Mr. Garces, given his erratic and disruptive behavior, and to keep him detained until it could be determined what role Mr. Garces played in the subject incident.

(xi) There was ample probable cause to arrest Mr. Garces for a violation of Penal Code section 148.

(xii) The length of Mr. Garces's detention was not unreasonable; once Detective Rivera determined that Mr. Garces was not involved in the incident, he asked Detective Ramirez to take his statement and then "let him go."

(xiii) My review of the body camera videos did not reveal any conduct on the part of Detective Rivera that was contrary to good police practices or the

policies of the Santa Paula Police Department other than his use of the f-word one time when addressing Mr. Garces.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true.

Executed this 9TH of December 2022 at DANA POINT, California.

Phillip L. Sanchez

4

**STATE OF CALIFORNIA, COUNTY OF VENTURA**

I am employed in the County of Ventura, State of California. I am over the age of 18 and not a party to the within action. My business address is 751 East Daily Drive, Suite 410, Camarillo, California 93010.

On December 14, 2022, I served the foregoing document(s) described as: **DECLARATION OF PHILLIP L. SANCHEZ IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** on the interested parties in this action by:

__X__ By **CM/ECF NOTICE OF ELECTRONIC FILING**: I electronically filed the documents with the clerk of the court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules. **SEE ATTACHED SERVICE LIST**

____ **(BY E-MAIL)** I served the foregoing document by transmitting a true copy thereof via e-mail as follows: **SEE ATTACHED SERVICE LIST**

__X__ **(Federal)**   I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on December 14, 2022, at Camarillo, California.

/s/
_____
Shellye Cruz

**SERVICE LIST**

**Garces v. City of Santa Paula**
United States District Court Case No: 2:21-cv-6730-FLA(PVCx)

Edward M Lyman, III
Cochran Firm California
4929 Wilshire Boulevard Suite 1010
Los Angeles, CA 90010
323-435-8205 / Fax: 323-282-5280
Email: elyman@cochranfirm.com
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

Brian T Dunn
Cochran Firm California
4929 Wilshire Boulevard Suite 1010
Los Angeles, CA 90010
323-435-8205 / Fax: 323-282-5280
Email: bdunn@cochranfirm.com
ATTORNEY TO BE NOTICED

Gregory J Ramirez
Law Offices of Gregory Ramirez
220 South A Street Suite 1
Oxnard, CA 93030-5762
805-483-1090 \ Fax: 805-228-4669
Email: gramirez@gjramirezlaw.com
ATTORNEY TO BE NOTICED

PROOF OF SERVICE