UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH L. GARCES,<br>　　　　　　　　　　　Plaintiff,<br>　　v.<br>CITY OF SANTA PAULA, a municipal entity, OFFICER CHRIS RIVERA, an individual, and DOES 1 through 10, inclusive,<br>　　　　　　　　　　　Defendant/s. | Case No. 2:21-CV-6730-FLA (PVCx)<br><br>**JOINT EXHIBIT LIST**<br><br>[Judge Aenlle-Rocha] |

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 1 | Reserved | | | | |
| 2 | Plaintiff's Responses to Interrogatories, Set. 1 | Garces | | | |
| 3 | 10/9/20 - Video - Axon BWC of Sgt. Harper (X81227819) | Sgt. Harper | | | |
| 4 | 10/9/20 - Video - Axon BWC of Det. Hector Ramirez (X81232552) | Det. Hector Ramirez | | | |
| 5 | 10/9/20 - Video - Axon BWC of Officer Abboud (X81232163) | Officer Abboud | | | |
| 6 | Rivera's Certificates of Completion for Training | Rivera | | | |
| 7 | 8/20/18 - Policy 300 - Use of Force, SPPD Policy Manual | Rivera | | | |
| 8 | Document Entry & Inquiry Form | Rivera | | | |
| 9 | 3/25/21 - City of Santa Paula Notice of Administrative Investigation (Form 800A) | Rivera | Relevance, F.R.E. section 403, and *Maddox v. City of Los Angeles*, 729 F. 2d 1408, 1417 (9th Cir. 1986). | | |

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 10 | Satellite Images of Incident Location (218 N 8th St) | Rivera | | | |
| 11 | Reserved | | | | |
| 12 | Expert Witness Roger Clark's CV | Clark | | | |
| 13 | Expert Witness Roger Clark's Report | Clark | | | |
| 14 | 10/12/20 - Rivera's Supplemental Police Report - Supplemental 16 | Rivera | | | |
| 15 | Expert Witness Phillip D. Sanchez's Report (Undated) | Phillip Sanchez | Hearsay. | | |
| 16 | Records of Thomas Golden, M.D. | Dr. Golden | | | |
| 17 | Records of Ryan Sharma, PHD | Dr. Sharma | | | |
| 18 | Thomas Golden Billing Statements | Dr. Golden | Hearsay and lack of foundation. | | |
| 19 | Dr. Thomas Golden - Anthroscopy Report | Dr. Golden | | | |

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 20 | 10/9/20 - AMR Billing Report | Christopher Morgan Burch (Paramedic) or Rebecca Bradley (Paramedic) | Hearsay and lack of foundation. | | |
| 21 | Lee D Mendiola MD, PC Patient Ledger | Garces of Dr. Mendiola | Hearsay, lack of foundation and relevance. | | |
| 22 | Beverly Radiology Medical Group Billing | Garces or COR | | | |
| 23 | Santa Paula Policy Department SPPD Policy Manual | Rivera | | | |
| 24 | 10/9/20 - Community Memorial Hospital Billing Report | Garces or COR | Hearsay, lack of foundation and relevance. | | |
| 25 | 10/9/20 - Bystander Video from iPhone | | | | |
| 26 | 10/9/20 - CFS Detail Report | Rivera | | | |
| 27 | 10/9/20 - Daily Watch Sheet | Rivera | | | |
| 28 | 10/9/20 - Audio - 911 Calls | Rivera | | | |

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 29 | 10/9/20 - Incident Detail Report | Rivera | | | |
| 30 | Santa Paula Police Department Report (Including all Supplementals) | Rivera | Relevance and hearsay. | | |
| 31 | Policy 302 - Santa Paula Police Department | Rivera | | | |
| 32 | | | | | |
| 33 | | | | | |
| 34 | | | | | |
| 35 | | | | | |