1  **BRIAN T. DUNN (SBN 176502)**
   bdunn@cochranfirm.com
2  **THE COCHRAN FIRM CALIFORNIA**
3  4929 Wilshire Boulevard, Suite 1010
   Los Angeles, California 90010
4  Telephone: (323) 435-8205
5  Facsimiles: (323) 282-5280

6  Attorneys for Plaintiff

7  # UNITED STATES DISTRICT COURT
8  ## CENTRAL DISTRICT OF CALIFORNIA WESTERN DIVISION
9

10 | JOSEPH L. GARCES, | **CASE: 2:21-CV-6730 FLA(PVCX)** |
11 | Plaintiffs. | |
12 | | **JOINT WITNESS LIST** |
13 | v. | |
14 | CITY OF SANTA PAULA, a municipal entity, OFFICER CHRIS RIVERA, an individual, and DOES 1 through 10, inclusive, | FPTC:  3/24/23<br>Time:  3:00 pm<br>Place: 6B |
15 | | |
16 | | |
17 | Defendants. | TRIAL: 4/11/23<br>Time:  8:30 pm<br>Place: 6B |
18 | | |
19 | | |

20
21
22
23
24
25
26
27
28

JOINT WITNESS LIST                                                                1

# JOINT WITNESS LIST

| Witness | Summary of Testimony/Why Testimony is Unique | Direct Exam (Hours) | Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| Christopher Rivera | Defendant | 3 | 3 | |
| Joseph Garces | Plaintiff | 3 | 3 | |
| Sgt. Walter Harper | Eyewitness | 1.5 | 1.5 | |
| Detective Hector Ramirez | Eyewitness | 2.0 | 1.5 | |
| Commander Macias | Eyewitness | 1.5 | 1.5 | |
| Thomas Golden, MD | Treating physician | 1 | 1 | |
| Dr Ryan Sharma | Treating therapist | 1 | 2.0 | |
| Rebecca Bradley | Paramedic | .5 | .5 | |
| Christopher Morgan | Paramedic | .5 | .5 | |
| Roger Clark | Expert on police practices | 3 | 3 | |
| Phillip Sanchez | Defendant's Expert on police practices | 3 | 3 | |
| Anthony Romero, MD | Defendant's Expert on Medical | 1 | | |
| Ofc. Jason Abboud | Eyewitness | 2 | | |